No. 99-50616
-1-

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-50616
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

NELSON AGUSTIN GONZALEZ, also known
as Luis Roman, also known as El Cubano,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. M-98-CR-27-1
--------------------
February 29, 2000

Before GARWOOD, BENAVIDES and DENNIS, Circuit Judges.

PER CURIAM:[*]

Nelson Agustin Gonzalez was convicted of one count of engaging in a continuing criminal enterprise (CCE), five counts of aiding and abetting the possession of marijuana with intent to distribute, four counts of money laundering, and one count of being a felon in possession of a firearm.  On appeal, he argues that the trial court abused its discretion in admitting evidence that Gonzalez had offered a coconspirator $10,000 to kill two men in Mexico who had stolen marijuana from him.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

We have reviewed the briefs, the record, and the applicable law and hold that the district court did not abuse its discretion in admitting the challenged evidence.  The evidence of the attempted murder-for-hire was intrinsic to the CCE offense because it was in furtherance of the drug conspiracy.  See United States v. Garcia Abrego, 141 F.3d 142, 175-76 (5th Cir), cert. denied, 119 S. Ct. 182 (1998); United States v. Cortinas, 142 F.3d 242, 247-48 (5th Cir.), cert. denied sub nom., Martinez v. United States, 119 S. Ct. 224 (1998).

AFFIRMED.